UNITED STATES, Appellee

v

WILLIAM G. SIMMONS, JR., Engineman Third Class, U. S. Navy, Appellant

18 USCMA 374, 40 CMR 86

No. 21,956

May 29, 1969

*Captain Frank A. Nelson,* JAGC, USN, was on the pleadings for Appellant, Accused.

*Colonel C. R. Larouche,* USMC, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

For the reason set forth in United States v Wright, 18 USCMA 348, 40 CMR 60, we here find no fault in the president's instructions on sentencing as to matters that "logically" lend themselves to either the adjudging of a more severe sentence or a more lenient one.

We affirm the decision of the board of review.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent. See my dissenting opinion in United States v Wright, 18 USCMA 348, 351, 40 CMR 60, 63.